UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JAMES MELENDEZ**

           *Plaintiff,*

-vs-

**ENTERGY NUCLEAR NORTHEAST**

           *Defendant.*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No. 05-CV-595
(SCR/GAY)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the parties named herein to the above entitled action, that the above entitled action be, and the same hereby is, dismissed with prejudice, without costs, disbursements or attorney's fees to any party as against the other. *Case Closed*

DATED: ~~October 23, 2007~~ November 27, 2007

SULLIVAN BISCEGLIA LAW FIRM, P.C.

By: _____
Susan Sullivan Bisceglia, Esq.
*Attorneys for Plaintiff*
Dutchess County Airport
263 New Hackensack Road
Wappingers Falls, New York 12590
(845) 463-2118
smsullivanlaw@aol.com

HISCOCK & BARCLAY, LLP

By: _____
Laurence B. Oppenheimer, Esq.
*Attorneys for Defendant*
1100 M&T Center
3 Fountain Plaza
Buffalo, NY 14203-1486
(716) 856-5400
loppenheimer@hiscockbarclay.com

So Ordered:

_____
Stephen C. Robinson   12/18/07
U.S.D.J.

BULIB01\717935\1